No. 5075.—López, apldo., v. López Rodríguez & Cía., aplte. —C. D. San Juan. Nov. 21, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Apareciendo que en este caso, y para preparar la transcripción de evidencia, la última moción de prórroga que se presentó por el apelante fué en 26 de junio de 1929, sin que se pidiera ninguna otra prórroga, ni se haya presentado la transcripción; y solicitada por la parte apelada la desestimación, se declara con lugar su petición, y se desestima el recurso.